AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:26-cv-00450-RSB-CKM |
| | ) | |
| ED CLARK, JR. and MARK PETERS | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ed Clark, Jr.
Henry County Sheriff's Office
3250 Kings Mountain Road
Martinsville, VA 24112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys; Danny Zemel                Joshua Erlich
The Krudys Law Firm, PLC                   The Erlich Law Office, PLLC
919 E Main St, Ste 2020                    1550 Wilson Blvd., Ste. 700
Richmond, VA 23219                         Arlington, VA 22209
mkrudys@krudys.com; dzemel@krudys.com      jerlich@erlichlawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT



s/ A. Fansler
*Deputy Clerk*

Date:   07/07/2026

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 7:26-cv-00450-RSB-CKM

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ed Clark, Jr

was received by me on *(date)* 7/21/26 .

☑ I personally served the summons on the individual at *(place)* 3250 Kings Mountain Rd.
Martinsville, VA 24112    on *(date)* 7/27/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/28/26

Tim Garner
Server's signature

Tim Garner
Printed name and title

4010 Ramble Rd Virgilina, VA 24598
Server's address

Additional information regarding attempted service, etc: