AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Western District of Virginia

| | |
|---|---|
| TIMOTHY BRIAN HOWELL | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 7:26-cv-00450-RSB-CKM |
| | ) |
| ED CLARK, JR. and MARK PETERS | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mark Peters
Martinsville Police Department
55 W Church Street #6209
Martinsville, VA 24112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark J. Krudys; Danny Zemel          Joshua Erlich
The Krudys Law Firm, PLC             The Erlich Law Office, PLLC
919 E Main St, Ste 2020              1550 Wilson Blvd., Ste. 700
Richmond, VA 23219                   Arlington, VA  22209
mkrudys@krudys.com; dzemel@krudys.com    jerlich@erlichlawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LAURA A. AUSTIN, CLERK OF COURT

Date:  07/07/2026

s/ A. Fansler.
*Deputy Clerk*

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 7:26-cv-00450-RSB-CKM

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Mark Peters

was received by me on *(date)*    7/21/26    .

☑ I personally served the summons on the individual at *(place)*  55 W Church Street
Martinsville, VA 24112    on *(date)*  7/27/26   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify)*:

My fees are $    for travel and $    for services, for a total of $    .

I declare under penalty of perjury that this information is true.

Date:  7/28/26

Tim Garner
*Server's signature*

Tim GARNER
*Printed name and title*

4010 Ramble Rd. Virgilina, VA 24598
*Server's address*

Additional information regarding attempted service, etc: