**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTRN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 7:26cv450 |
| v. | : | |
| | : | |
| ED CLARK, JR., et al., | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CLARK'S**
**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Ed Clark, Jr., by counsel, hereby moves this Court to extend the time to file a responsive pleading to Plaintiff's Complaint (Dkt. 1) to September 17, 2026. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law.

ED CLARK, JR.

By: /s/
Of Counsel

Jeff W. Rosen, Esq. (VSB No. 22689)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, I will electronically file the foregoing ***Consent Motion for Extension of Time*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq. (VSB #30718)
Danny Zemel, Esq. (VSB #95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Joshua Erlich, Esq. (VSB #81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: (703) 791-9087
jerlich@erlichlawoffice.com
*Counsel for Plaintiff*

/s/
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*