**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTRN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 7:26cv450 |
| v. | : | |
| | : | |
| ED CLARK, JR., et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CLARK'S CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, Ed Clark, Jr., by counsel, hereby submits his Memorandum of Law in Support of his Motion for Extension of Time to respond to Plaintiff's Complaint.

This is a §1983 excessive-force claim alleging that Defendant violated Plaintiff's Fourth Amendment rights when Plaintiff was shot while being served with arrest warrants on June 17, 2024. State-law claims are also asserted, and this Court has supplemental jurisdiction over them. Defendant Clark was served with process on July 18, 2026, making his response due by August 17, 2026. Undersigned counsel was not engaged by the Commonwealth's Division of Risk Management until August 14, 2026. As such, counsel requires additional time to investigate plaintiff's constitutional claims, acquire pertinent documents, and confer with defendant about plaintiff's claims and his defenses. Counsel for plaintiff consents to the extension of time and a Proposed Order is attached hereto as "Exhibit A".

Therefore, defendant Ed Clark, Jr. respectfully requests this Court to extend the time for his response to plaintiff's Complaint to September 17, 2026.

ED CLARK, JR.

By: /s/
Of Counsel

Jeff W. Rosen, Esq. (VSB No. 22689)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of August 2026, I will electronically file the foregoing ***Memorandum of Law in Support of Consent Motion for Extension of Time*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq. (VSB #30718)
Danny Zemel, Esq. (VSB #95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Joshua Erlich, Esq. (VSB #81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: (703) 791-9087
jerlich@erlichlawoffice.com
*Counsel for Plaintiff*

/s/
Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*