**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTRN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 7:26cv450 |
| v. | : | |
| ED CLARK, JR., et al., | : | |
| Defendants. | : | |

**ORDER**

Upon motion of counsel for Defendant Ed Clark, Jr., to extend the time for the Defendant to file his response to Plaintiff's Complaint, and without objection from Plaintiff, it is ORDERED that Defendant Ed Clark, Jr.'s time to respond be extended to September 17, 2026.

ENTERED: / /

______________________________
JUDGE