**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

| | |
|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., and<br>MARK PETERS,<br><br>Defendants. | Civil Action No. 7:26-cv-00450 |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AGAINST DEFENDANT MARK PETERS**

Plaintiff Timothy Brian Howell, by counsel, asks the Clerk to enter the default of Defendant Mark Peters under Federal Rule of Civil Procedure 55(a). In support, Plaintiff states as follows.

1. Plaintiff filed the Complaint on June 5, 2026. ECF No. 1.

2. Peters was served with the summons and Complaint on July 21, 2026. ECF No. 4.

3. Peters's answer or other response was due 21 days after service, on August 11, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

4. Peters has not answered, moved, or otherwise defended. No attorney has appeared for him. He has not asked for more time.

5. Rule 55(a) provides that when a party "has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The attached Declaration of Mark J. Krudys makes that showing.

6. Plaintiff does not now seek a default judgment. Plaintiff's claims against Defendant Ed Clark, Jr. remain pending. Plaintiff will move under Rule 55(b) at the appropriate time.

Plaintiff therefore asks the Clerk to enter the default of Defendant Mark Peters. A proposed Clerk's Entry of Default is attached.

Dated: October 14, 2026

Respectfully submitted,

TIMOTHY BRIAN HOWELL
By Counsel

/s/ Mark J. Krudys
Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
(804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com

Joshua Erlich (VSB No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 791-9087
jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 14, 2026, I filed this document with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record. I further certify that on the same date I mailed a copy by first-class mail, postage prepaid, to Defendant Mark Peters at the following address:

Mark Peters
Martinsville Police Department
55 W Church Street #6209
Martinsville, VA 24112

and mailed courtesy copies by first-class mail, postage prepaid, to:

James Benkahla, City Attorney
City of Martinsville
55 W Church Street
Martinsville, VA 24112

Virginia Division of Risk Management
P.O. Box 1879
Richmond, VA 23218-1879

/s/ Mark J. Krudys
Mark J. Krudys (VSB No. 30718)