**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division**

| | |
|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., and<br>MARK PETERS,<br><br>Defendants. | Civil Action No. 7:26-cv-00450 |

**DECLARATION OF MARK J. KRUDYS IN SUPPORT OF
PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

I, Mark J. Krudys, declare as follows:

1. I am an attorney licensed in Virginia and admitted to practice in this Court. I am counsel for Plaintiff Timothy Brian Howell. I have personal knowledge of the facts stated here.

2. Plaintiff filed the Complaint on June 5, 2026. ECF No. 1.

3. The Clerk issued a summons to Defendant Mark Peters on July 7, 2026. ECF No. 4.

4. On July 21, 2026, Peters was served with the summons and Complaint by personal delivery by a private process server at the Martinsville Police Department, 55 W Church Street, Martinsville, Virginia. The proof of service was filed on July 29, 2026. ECF No. 6.

5. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Peters's answer or other response was due on August 11, 2026.

6. I reviewed the docket on October 12, 2026. Peters has not filed an answer, a motion, or any other response. No attorney has entered an appearance for him. He has not asked Plaintiff or the Court for more time to respond.

7. Peters is not a minor or an incompetent person.

8. Peters maintains an active Facebook presence, which indicates no infirmity or any other reason for him not to answer the suit.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746. Executed on October 14, 2026, in Richmond, Virginia.

Mark J. Krudys (VSB No. 30718)