**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | |
|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., and<br>MARK PETERS,<br><br>Defendants. | Civil Action No. 7:26-cv-00450 |

## CLERK'S ENTRY OF DEFAULT

It appears from the record and the Declaration of Mark J. Krudys that Defendant Mark Peters was served with the summons and Complaint on July 21, 2026. It further appears that Peters has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

Accordingly, under Federal Rule of Civil Procedure 55(a), the DEFAULT of Defendant Mark Peters is hereby entered.

CLERK OF COURT

By: ______________________________
Deputy Clerk

Date: ____________________________