**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | |
|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., and<br>MARK PETERS,<br><br>Defendants. | Civil Action No. 7:26-cv-00450 |

**PLAINTIFF'S NOTICE REQUESTING THAT THE CLERK HOLD IN ABEYANCE PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT MARK PETERS**

Plaintiff Timothy Brian Howell, by counsel, gives notice as follows.

1. On October 14, 2026, Plaintiff filed a Request for Entry of Default against Defendant Mark Peters under Federal Rule of Civil Procedure 55(a). ECF No. 13.

2. After that filing, an attorney who expects to represent Peters contacted Plaintiff's counsel. That attorney is confirming that he has no conflicts. He expects to enter an appearance for Peters shortly.

3. Plaintiff therefore asks the Clerk to take no action on the Request for Entry of Default until Plaintiff files a further notice.

4. Plaintiff will file that notice on or before October 21, 2026. The notice will either withdraw the Request or ask the Clerk to proceed with entry of default.

5. This Notice does not withdraw the Request. Plaintiff reserves all rights, including the right to seek entry of default if Peters does not appear and respond.

Dated: October 14, 2026

Respectfully submitted,

TIMOTHY BRIAN HOWELL
By Counsel

*<u>/s/ Mark J. Krudys</u>*
Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
(804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com

Joshua Erlich (VSB No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 791-9087
jerlich@erlichlawoffice.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, I filed this document with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

I further certify that on the following day, October 15, 2026, I will mail a copy by first-class mail, postage prepaid, to Defendant Mark Peters at the following address:

Mark Peters
Martinsville Police Department
55 W Church Street #6209
Martinsville, VA 24112

and mailed courtesy copies by first-class mail, postage prepaid, to:

James Benkahla, City Attorney
City of Martinsville
55 W Church Street
Martinsville, VA 24112

Virginia Division of Risk Management
P.O. Box 1879
Richmond, VA 23218-1879

*/s/ Mark J. Krudys*
Mark J. Krudys (VSB No. 30718)