UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., *et al.*,<br><br>Defendant. | Case No. 7:26-cv-450 |

**ORDER**

Upon consideration of Defendant Mark Peters's Motion for Extension of Time, the consent of the Plaintiff, and for good cause shown, it is **ORDERED that the motion is GRANTED** and the time for Mark Peters to file a responsive pleading to the Complaint is extended to October 30, 2026.

Entered this _________ day of _________________________, 20___.

_____________________________________
UNITED STATES MAGISTRATE JUDGE