**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Roanoke Division**

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ED CLARK, JR., and<br>MARK PETERS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 7:26-cv-00450 |

**[PROPOSED] ORDER**

On October 23, 2026, the Court held a Rule 16 conference by telephone. Mark J. Krudys participated for Plaintiff Timothy Brian Howell. Jeff W. Rosen participated for Defendant Ed Clark, Jr. Joshua D. Goad participated for Defendant Mark Peters.

The Court addressed whether Defendants Clark and Peters were acting as members of a United States Marshals Service task force at the time of the June 17, 2024 shooting. The Court also addressed the implications of that question for this case. For the reasons stated at the conference, it is ORDERED as follows:

1. By November 18, 2026, the parties shall serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

2. The parties may proceed with discovery on the task force status issue as well as broader issues in this case.

3. On January 20, 2027, the Court will hold another Rule 16 conference by telephone in which it will discuss the issue of whether the Defendants were acting as deputized federal officers in addition to the matters enumerated in Rule 16(2).

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

ENTERED: ____________________, 2026

_____________________________
Robert S. Ballou
United States District Judge

**SEEN AND AGREED:**

TIMOTHY BRIAN HOWELL
By Counsel

*/s/ Mark J. Krudys*
Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, Virginia 23219
(804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com

Joshua Erlich (VSB No. 81298)
The Erlich Law Office, PLLC
1550 Wilson Blvd., Suite 700
Arlington, Virginia 22209
(703) 791-9087
jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

ED CLARK, JR.
By Counsel

*/s/ Jeff W. Rosen (by permission)*
Jeff W. Rosen (VSB No. 22689)
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, Virginia 23462
(757) 490-6253
jrosen@pendercoward.com
*Counsel for Defendant Ed Clark, Jr.*

MARK PETERS
By Counsel

*<u>/s/ Joshua D. Goad</u> (by permission)*
Joshua D. Goad (VSB No. 74915)
Johnson, Ayers & Matthews, PLC
310 First Street, SW, Suite 700
Roanoke, Virginia 24011
(540) 767-2070
jgoad@jamlaw.net
*Counsel for Defendant Mark Peters*