CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
October 26, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BRIAN HOWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 7:26-cv-450** |
| | ) | |
| **v.** | ) | |
| | ) | **By: Hon. Robert S. Ballou** |
| **ED CLARK, JR., et al.,** | ) | **United States District Judge** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court on Defendant Mark Peters's motion for extension of time to file a responsive pleading to Plaintiff's Complaint. Plaintiff consents to the motion, and I find Defendant Peters has shown good cause for an extension. Defendant Peters's Motion for Extension of Time (Dkt. 17) is **GRANTED**, and Plaintiff's Motion for Clerk's Entry of Default (Dkt. 13) is **TERMED** as moot. Defendant Peters shall file a responsive pleading by October 30, 2026.

It is so **ORDERED**.

Entered: October 26, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge