**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| TIMOTHY BRIAN HOWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 7:26cv450 |
| v. | : | |
| | : | |
| ED CLARK, JR., et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM OF LAEW IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER**

COMES NOW the Defendant, Ed Clark, Jr., by counsel, and submits this Memorandum of Law in Support of Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c) to permit discovery and trial preparation to proceed with a minimum of discovery motions over matters of confidentiality. A proposed Protective Order is attached hereto as "Exhibit A." All parties consent to the entry of this Protective Order.

For these reasons, defendant respectfully requests this Court to enter the attached Protective Order.

ED CLARK, JR.

By: /s/
Of Counsel

Jeff W. Rosen, Esq. (VSB No. 22689)
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
Phone/Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November 2026, I will electronically file the foregoing ***Memorandum of Law in Support of Motion for Protective Order*** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to the following:

Mark J. Krudys, Esq. (VSB #30718)
Danny Zemel, Esq. (VSB #95073)
THE KRUDYS LAW FIRM, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA 23219
Phone: (804) 774-7950
mkrudys@krudys.com
dzemel@krudys.com
*Counsel for Plaintiff*

Joshua Erlich, Esq. (VSB #81298)
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Suite 700
Arlington, VA 22209
Phone: (703) 791-9087
jerlich@erlichlawoffice.com
*Counsel for Plaintiff*

Joshua D. Goad, Esq. (VSB #74915)
JOHNSON, AYERS & MATTHEWS, PLC
310 First Street, SW, Suite 700
P. O. Box 2200
Roanoke, VA 24009
Phone: (540) 767-2070
jgoad@jamlaw.net
*Counsel for Peters*

/s/

Jeff W. Rosen, Esq., VSB #22689
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
Phone: (757) 490-6253
Fax: (757) 490-6253
jrosen@pendercoward.com
*Counsel for Clark*