CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

November 16, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY BRIAN HOWELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 7:26-cv-450** |
| | ) | |
| **v.** | ) | |
| | ) | **By: Hon. Robert S. Ballou** |
| **ED CLARK, JR., et al.,** | ) | **United States District Judge** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Court held a Rule 16 conference on October 23, 2026. For the reasons stated at the conference, it is **ORDERED** as follows:

### Schedule

1. By November 18, 2026, the parties shall serve the initial disclosures required by Rule 26(a) and proceed with discovery regarding the issues in this case.

2. On January 20, 2027, the parties shall participate in a status conference to address whether Defendants were deputized as federal officers on the date of the conduct alleged in Plaintiff's Complaint. By January 15, 2027, the parties shall file a status report addressing the federal deputization issue, or if the issue is resolved earlier, the parties shall file a status report within 7 days of resolution.

### Motions

3. All non-dispositive pretrial motions and issues, except motions in limine, are referred to United States Magistrate Judge C. Kailani Memmer, pursuant to Standing Order

2026-1. Hearings on motions before Judge Memmer are scheduled by calling her chambers at (540) 857-5135 or by email at memmer.ecf@vawd.uscourts.gov.

4. Prior to filing any discovery motion, the parties are directed to contact the Magistrate Judge to request a conference with the court in an effort to resolve the issue.

5. All motions and briefs shall be filed and scheduled for hearing, if any, in accordance with Western District of Virginia Civil Local Rule 11. If a motion has been filed prior to this order, and supporting legal argument is not contained in the motion, the movant must file a supporting brief within 14 days of the date of this order. Any brief in opposition to such motion and corresponding reply brief shall be filed in accordance with Civil Local Rule 11. Except for good cause shown, if a brief opposing a motion is not timely filed, the court will consider the motion to be unopposed.

6. Exclusive of any accompanying exhibits, a brief may not exceed 25 pages in length using standard margins, double-spaced lines, and a font no smaller than 12-point Times New Roman, unless the filing party first obtains leave of the court after showing good cause why a longer brief is necessary.

7. No motion, brief, or exhibit may be filed under seal, except as allowed by the mandatory provisions of Western District of Virginia General Local Rule 9. The requirements of General Local Rule 9 may not be modified by a stipulated protective order or other agreement of the parties.

8. The court does not generally schedule motions hearings. Such scheduling is the responsibility of the parties. Any party requesting a hearing must contact Erica Jones (Erica_Jones@vawd.uscourts.gov, 540-857-5145) to set a hearing date. If the parties do not promptly schedule a hearing, the court will rule on the motion without a hearing.

9. The parties are directed to confer with one another before filing any motion and certify whether the motion is opposed, and if a motion is unopposed, no brief need be filed, nor response made to the motion. This provision does not apply to dispositive motions, motions to exclude experts, or motions made under Rule 26(a)(3)(B). Procedural motions, including motions for enlargement of time, whether or not opposed, may be acted upon at any time by the court, without awaiting a response.

**Mediation**

24. This case may be referred for mediation at the request of either party, or on the court's own motion. Mediation of the case shall proceed independently of all other pretrial development. Mediation of the case shall not modify or stay the scheduling provision of any pretrial order, except upon demonstration of exceptional cause. See Western District of Virginia Civil Local Rule 83.

It is so **ORDERED**.

Entered: November 16, 2026

Robert S. Ballou

Robert S. Ballou
United States District Judge